In the Matter of the Appointment of FRANK J. LYNCH, JR., Esq., as a member of the Second, Tenth and Eleventh Judicial District Committees on Character and Fitness of Applicants for Admission to the Bar.—

Beldock, P. J., Ughetta, Christ, Brennan, Rabin, Hopkins, Benjamin, Munder and Nolan, JJ., concur.